FILED _____  ENTERED _____  RECEIVED _____  SERVED ON COUNSEL/PARTIES OF RECORD

JUL -8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:08-CR-135 LDG (RJJ)) |
| GEORGE NOLAN, ) a.k.a. RONALD T. WHITE, ) a.k.a. WILLIAM S. BOSWELL HUGHES, ) | |
| Defendants. ) | |

## FINAL ORDER OF FORFEITURE

On April 28, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 982(a)(2)(B) and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant GEORGE NOLAN, a.k.a. RONALD T. WHITE, a.k.a. WILLIAM S. BOSWELL HUGHES, to criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant GEORGE NOLAN, a.k.a. RONALD T. WHITE, a.k.a. WILLIAM S. BOSWELL HUGHES pled guilty. Docket #61.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law continually from November 3, 2010, through to December 2, 2010, via the official government internet forfeiture site, www.forfeiture.gov, notifying all known third parties of their right to petition the Court. #80.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); and Title 18, United States Code, Section 982(a)(2)(B) and Title 21, United States Code,
9  Section 853(p); and Title 21, United States Code, Section 853(n)(7):

1)  an *in personam* criminal forfeiture money judgment of $318,632.00 in United States Currency.

2)  a)  The Real Property more commonly known as 4325 Amethyst Ave., Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 12/18/2008 and recorded 8/19/2008 in instrument number 20080819-003071 among the land records of the county and state set forth above, and referenced as follows:

Land:  Lot Seventeen (17) Block one (1) of Jade Park Unit #2, as shown by map thereof on file in Book 15, of Plats, Page 53, in the Office of the County Recorder of Clark County, Nevada.  APN: 138-02-315-066; and

Unit:  1969 Hillcrest 60X13 mobile home, serial number. HC9S1051 (County Assessor Manufactured Home Account No. 013099);

3)  b)  The Real Property more commonly known as 1401 Norman Avenue, Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 8/18/2008 and recorded 8/19/2008 in instrument number 20080819-003072 among the land records of the county and state set forth above, and referenced as follows:

Lot twenty-seven (27) in block nine (9) of Huntridge Subdivision Tract 3, as shown by map thereof on file in Book 2 of Plats, Page 54, in the office of the County Recorder, Clark County, Nevada Tax ID: 162-02-115-066;

4)  c)  The Real Property more commonly known as 2560 Stratford Avenue, Las Vegas, Nevada, legally described as follows:

1  Land referred to in this commitment is described as all that certain property situated in the county of Clark, and state of NV and being described in a deed dated 8/18/2008 and recorded
2  08/19/2008 in instrument number 20080819-0003074 among the land records of the county and state set forth above, and situate at the Las Vegas Valley Water District, County of Clark,
3  State of Nevada, described as follows:

4  Beginning at the North quarter (N1/4) corner of section 7, township 21 South, range 62 East, M.D.B.&M.;
5  Thence North 89°53' West along the North boundary line of said Section 7, 339.84 feet to the Northeast Corner of Macedonia Baptist Church Tract; Thence North
6  89°53' West along the North boundary line of said section 7, 83.44 feet to a point; Thence South 1°10; West 261 feet the true point of beginning, said point being the
7  Southwest corner of that parcel conveyed to Rosabell Davis, a married woman, by deed recorded January 5, 1968, as Document 678808 of official records, Clark
8  County, Nevada;
   Thence South 1°10' West, a distance of 98.33 feet to a point;
9  Thence South 2343' West 96.41 Feet to the Southwest Corner;
   Thence South 5143'40" East 115.19 Feet to the Southeast Corner;
10  Thence North 26°43' East 84.09 Feet to a point;
   Thence North 1°10' West 179.81 Feet to a point on the Southeast corner of the
11  aforementioned Davis Parcel;
   Thence North 89°53' West a distance of 83.44 feet to the true point of beginning.
12  (APN: 161-07-103-011); and

13  5)   d)   The Real Property commonly known as 10732 Hunter Mountain Avenue, Las Vegas, Nevada, legally described as follows:
14
15  Land referenced to in this commitment is described as all that certain property situated in the County of Clark, and state of Nevada and being described in a deed dated 8/18/2008 and recorded 8/19/2008 in instrument number: 20080819-0003073
16  among the land records of the county and state set forth above, and referenced as follows:
17
    Parcel one (1):
18      Lot sixty-one (61) in block five (5) of final map of Kimball Hill Homes Lone Mountain West Unit 1 (a common interest community), as shown by map thereof on
19      file in Book 105 of Plats, Page 47, in the office of the County Recorder of Clark County, Nevada.
20
    Parcel two (2):
21
22  A non-exclusive easement of access, ingress, egress and use of, in, to and over the association property as subject to and as set forth in the covenant, conditions, and restrictions and reservation of easements for Lone Mountain West recorded February
23  27, 2003 in Book 20030227 as Document No. 00443, in the office of the County Recorder of Clark County, Nevada, (APN: 137-01-410-061).
24  . . .
25  . . .
26  . . .

3

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
2  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
3  as any income derived as a result of the United States of America's management of any property
4  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
5  according to law.
6  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
7  certified copies to the United States Attorney's Office.

DATED this ___8___ day of ___July___, 2011.

_____
UNITED STATES DISTRICT JUDGE

## U.S. v. John Doe, aka George Nolan
## 2:08-cr-00135-LDG-RJJ
### Restitution List

| | |
|---|---|
| Bank of America<br>(formerly Countrywide)<br>1000 Samoset Drive<br>Newark, DE 19713 | $123,538.00 |
| Capital One Financial Corp.<br>(formerly GreenPoint Mortgage)<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | $150,525.00 |
| Progressive Insurance<br>Re: Policy #02644127<br>6055 Parkland Blvd.<br>Mayfield Heights, OH 44124 | $23,000.00 |
| Citibank<br>Attn: Jim Walton<br>8725 W. Sahara Avenue<br>Las Vegas, NV 89163 | $21,569.00 |
| Total | $318,632.00 |



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUL -8 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY