UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GEORGE NOLAN,<br><br>   Defendant. | 2:08-CR-135-LDG-(RJJ) |

**SECOND AMENDED FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(B); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant GEORGE NOLAN to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant GEORGE NOLAN pled guilty. Criminal Information, ECF No. 59; Change of Plea, ECF No. 57; Plea Memorandum, ECF No. 61; Preliminary Order of Forfeiture, ECF No. 62.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 3, 2010, through December 2, 2010, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 80.

///

On August 26, 2010, Glenn Renwick, President for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 2-3 and 44-57.

On August 26, 2010, Registered Agent CT Corporation for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 4-5 and 44-57.

On August 26, 2010, Eugene McQuade, President for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 6-7 and 44-57.

On August 26, 2010, Registered Agent, CT Corporation for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 8-9 and 44-57.

On August 26, 2010, Steven Abreau, President for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 10-11 and 44-57.

On August 26, 2010, Registered Agent, CSC Services of Nevada for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 12-13 and 44-57.

On August 26, 2010, Richard Fairbank, President for Capital One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 14-15 and 44-57.

On August 26, 2010, Registered Agent, CSC for Capital One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 16-17 and 44-57.

/ / /

On August 26, 2010, Brian Moynihan, President for Countrywide A.K.A. Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 18-19 and 44-57.

On August 26, 2010, Registered Agent: Corp. Trust Company of Nevada for Countrywide, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 20-21 and 44-57.

On August 26, 2010, Registered Agent: Corp. Trust Company of Nevada for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 22-23 and 44-57.

On September 28, 2010, Registered Agent, CSC for Capital One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 24-25 and 44-57.

On September 28, 2010, Registered Agent CT Corporation for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 26-28 and 44-57.

On September 28, 2010, Registered Agent, CSC Services of Nevada for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 29-30 and 44-57.

On September 28, 2010, Registered Agent: Corp. Trust Company of Nevada for Countrywide, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 31-32 and 44-57.

On September 28, 2010, Registered Agent: Corp. Trust Company of Nevada for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 33-35 and 44-57.

/ / /

On September 28, 2010, Registered Agent, CT Corporation for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 36-37 and 44-57.

On October 26, 2010, Registered Agent: CT Corporation System for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 38-39 and 44-57.

On October 26, 2010, Registered Agent: CT Corporation System for Countrywide Asset Management Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 40-41 and 44-57.

On October 26, 2010, Registered Agent, CITIGroup Financial Products, Inc., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 42-57.

On June 11, 2012, CSC Services of Nevada, Inc., Registered Agent for PHH Mortgage Corporation, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 1-12.

On April 16, 2012, Luke S. Hayden, President of PHH Mortgage Corporation, and Madeline Flanagan, General Counsel of PHH Mortgage Corporation, were served the Preliminary Order of Forfeiture by certified mail.  Notice of Filing Service of Process, ECF No. 129-1, p. 13-14.

On April 30, 2012, The Corporation Trust Company of Nevada, Registered Agent for JPMorgan Chase Bank, N.A., was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 15-26.

On April 25, 2012, Clark County Assessor, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 27-38.

On April 25, 2012, Clark County Recorder Debbie Conway, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 39-50.

On April 25, 2012, Clark County Treasurer, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 51-62.

On April 25, 2012, Chairman of the Clark County Board of Commissioners, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 63-74.

On June 12, 2012, Clark County District Attorney's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 75-86.

On June 11, 2012, Clark County Public Response Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 87-98.

On June 12, 2012, City of Las Vegas, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 99-110.

On June 12, 2012, City of Las Vegas Attorney's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 111-122.

On June 12, 2012, City of Las Vegas City Clerk's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 123-134.

On June 12, 2012, City of Las Vegas Sewer, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 1-12.

On June 12, 2012, Clark County Water Reclamation District, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 13-24.

/ / /

/ / /

On April 25, 2012, Las Vegas Valley Water District, c/o James L. Taylor, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 25-36.

On April 25, 2012, Las Vegas Valley Water District, c/o Patricia Mulroy, General Manager, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 37-48.

On April 25, 2012, Southern Nevada Water Authority, c/o James L. Taylor, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 49-60.

On April 25, 2012, Southern Nevada Water Authority, c/o Patricia Mulroy, General Manager, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 61-72.

On April 30, 2012, The Corporation Trust Company of Nevada, Registered Agent for Republic Silver State Disposal, Inc., was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 73-84

On June 14, 2012, Lone Mountain West Homeowners Association, c/o Hampton & Hampton, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 85-96.

On June 11, 2012, Lone Mountain West Homeowners Association, c/o Darren Brenner, President, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 97-108.

On April 25, 2012, Ken Williams, Registered Agent for Lone Mountain West Homeowners Association, c/o CAMCO, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 109-120.

///

///

On April 25, 2012, CAMCO, c/o Ken Williams, President, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 121-132.

On May 11, 2012, Clark County filed a Disclaimer of Interest in regards to APN 138-02-315-066, 162-02-115-066, 161-07-103-011 and 137-01-410-061. Disclaimer of Interest, ECF No. 127.

On July 12, 2012, the City of Las Vegas filed a Petition and Verified Claim in regards to 4325 Amethyst Ave., Las Vegas, Nevada, and 1401 Norman Ave., Las Vegas, Nevada. Petition and Verified Claim, ECF No. 128.

On March 1, 2013, a Proposed Settlement and Agreement as to the City of Las Vegas, and Order was entered with the Court. Proposed Order, ECF No. 130.

On March 4, 2013, the Court entered an Order granting Settlement Agreement as to the City of Las Vegas. Order, ECF No. 131.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1) The Real Property more commonly known as 4325 Amethyst Ave., Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 12/18/2008 and recorded 8/19/2008 in instrument number 20080819-003071 among the land records of the county and state set forth above, and referenced as follows:

Land: Lot Seventeen (17) Block one (1) of Jade Park Unit #2, as shown by map thereof on file in Book 15, of Plats, Page 53, in the Office of the County Recorder of Clark County, Nevada.  APN: 138-02-315-066; and

/ / /

    Unit:   1969 Hillcrest 60X13 mobile home, serial number. HC9S1051 (County Assessor Manufactured Home Account No. 013099);

2) The Real Property more commonly known as 1401 Norman Avenue, Las Vegas, Nevada, legally described as follows:

    Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 8/18/2008 and recorded 8/19/2008 in instrument number 20080819-003072 among the land records of the county and state set forth above, and referenced as follows:

    Lot twenty-seven (27) in block nine (9) of Huntridge Subdivision Tract 3, as shown by map thereof on file in Book 2 of Plats, Page 54, in the office of the County Recorder, Clark County, Nevada Tax ID: 162-02-115-066;

3) The Real Property more commonly known as 2560 Stratford Avenue, Las Vegas, Nevada, legally described as follows:

    Land referred to in this commitment is described as all that certain property situated in the county of Clark, and state of NV and being described in a deed dated 8/18/2008 and recorded 08/19/2008 in instrument number 20080819-0003074 among the land records of the county and state set forth above, and situate at the Las Vegas Valley Water District, County of Clark, State of Nevada, described as follows:

    Beginning at the North quarter (N1/4) corner of section 7, township 21 South, range 62 East, M.D.B.&M.;
Thence North 89º53' West along the North boundary line of said Section 7, 339.84 feet to the Northeast Corner of Macedonia Baptist Church Tract; Thence North 89º 53' West along the North boundary line of said section 7,83.44 feet to a point; Thence South 1º10; West 261 feet the true point of beginning, said point being the Southwest corner of that parcel conveyed to Rosabell Davis, a married woman, by deed recorded January 5, 1968, as Document 678808 of official records, Clark County, Nevada;
Thence South 1º10' West, a distance of 98.33 feet to a point;
Thence South 2343' West 96.41 Feet to the Southwest Corner;
Thence South 5143'40" East 115.19 Feet to the Southeast Corner;
Thence North 26º43' East 84.09 Feet to a point;
Thence North 1º10' West 179.81 Feet to a point on the Southeast corner of the aforementioned Davis Parcel;
Thence North 89º53' West a distance of 83.44 feet to the true point of beginning. (APN: 161-07-103-011); and

4) The Real Property commonly known as 10732 Hunter Mountain Avenue, Las Vegas, Nevada, legally described as follows:

    Land referenced to in this commitment is described as all that certain property situated in the County of Clark, and state of Nevada and being described in a deed dated 8/18/2008 and

8

recorded 8/19/2008 in instrument number: 20080819-0003073 among the land records of the county and state set forth above, and referenced as follows:

Parcel one (1):

Lot sixty-one (61) in block five (5) of final map of Kimball Hill Homes Lone Mountain West Unit 1 (a common interest community), as shown by map thereof on file in Book 105 of Plats, Page 47, in the office of the County Recorder of Clark County, Nevada.

Parcel two (2):

A non-exclusive easement of access, ingress, egress and use of, in, to and over the association property as subject to and as set forth in the covenant, conditions, and restrictions and reservation of easements for Lone Mountain West recorded February 27, 2003 in Book 20030227 as Document No. 00443, in the office of the County Recorder of Clark County, Nevada, (APN: 137-01-410-061)

(all of which constitutes property); and

that the United States recover from GEORGE NOLAN the criminal forfeiture money judgment in the amount of $318,632 in United States Currency; not held jointly and severally liable with any codefendants, and that the property was be applied toward the payment of the money judgment; and

the property and the money judgment are forfeited pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(B); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the criminal forfeiture money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

**SUBSTITUTION - Real Property located at 1409 S. Casino Center Blvd., Las Vegas, Nevada 89104; a 2015 Cadillac ATS; and a 2014 Ford F150**

The United States filed a Sealed Ex Parte Motion to File this Motion and the Sealed Ex Parte Motion to Substitute and to Forfeit Property of George Nolan under Seal and Motion to Unseal and Order (ECF No. 134) along with the Sealed Ex Parte Motion to Substitute and to Forfeit Property of George Nolan (ECF No. 135) to be used towards satisfaction of George Nolan's criminal forfeiture money judgment. This Court entered the order granting the United States' motion to seal and unseal

/ / /

(ECF No. 136) and the Substitution and Forfeiture Order (ECF No. 137) authorizing the substitution and forfeiture of the following assets pursuant to Title 21, United States Code, Section 853(p):

1) Real property located at 1409 S. Casino Center Blvd., Las Vegas, NV 89104, APN 162-03-210-051, more particularly described as:

> LOT FOUR (4) IN BLOCK SIXTEEN (16) OF BOULDER ADDITION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 1, OF PLATS, PAGE 52, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

2) 2015 Cadillac ATS, Sedan 4 Door, Black Raven in color, VIN 1G6AA5RA8F0108730, AZ vanity license plate; and

3) 2014 Ford F150, Pickup, Tuxedo Black in Color, VIN 1FTMF1CM8EKD45647, AZ license plate 128 TCE

(all of which constitutes substitute property).

The United States Secret Service took the substitute property into custody and personally served defendant George Nolan (ECF No. 138) with the sealed motions, the Substitution and Forfeiture Order, and the Notice. After the property was taken into custody and the United States filed the Notice of Filing Service of Process (ECF No. 138) showing that the substitute property was taken into custody, the sealed documents were automatically unsealed per the Order granting the Motion to Seal and Unseal (ECF No. 136) so that the remaining parties could be served.

On December 3, 2015, The Corporation Trust Company of Nevada, as Registered Agent for Bank of America, 701 S. Carson Street, Suite 200, Carson City, NV 89701, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5671 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Legal Processing Center, Bank of America, N.A., P.O. Box 15074, Wilmington, DE 18950, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5695 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Brian Moynihan, Chairman and CEO, Bank of America, N.A., 100 N. Tryon Street, Charlotte, NC 28255, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5688 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Richard Fairbank, Founder, Chairman, and CEO, Capital One, 1680 Capital One Drive, McLean, VA 22102, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5701 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Corporation Service Company, Registered Agent for Capital One, 1111 E. Main Street, Suite 1600, Richmond, VA 23218, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5718 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Progressive Claims Legal, Attention: Rachel Hembree, 7301 Metro Center, Austin, TX 78744, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5763 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Progressive Insurance, Glenn Renwick, President and CEO, 6055 Parkland Boulevard, Mayfield Heights, OH 44124, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5732 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On December 3, 2015, Citibank Global Headquarters, Barbara J. Desoer, CEO, 399 Park Avenue, New York, NY 10043, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5749 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

On January 11, 2016, Corporation Trust Center, Registered Agent for Citibank, Inc./Citibank, N/A., 1209 Orange Street, Wilmington, DE 19801, was served by regular and certified return receipt mail tracking number 7015 1520 0001 4971 5770 with the Notice, Substitution and Forfeiture Order, and Motion to Substitute and Forfeit Property of George Nolan. Notice of Filing Service of Process, ECF No. 144.

The United States filed and this Court granted its Motion for an Interlocutory Order of Sale of the substitute property (ECF Nos. 139 and 142).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 25, 2015, through December 24, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 143.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(B); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) $144,365.90 in United States Currency in lieu of real property located at 1409 S. Casino Center Blvd., Las Vegas, NV 89104, APN 162-03-210-051, more particularly described as:

> LOT FOUR (4) IN BLOCK SIXTEEN (16) OF BOULDER ADDITION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 1, OF PLATS, PAGE 52, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

2) $13,354.80 in United States Currency in lieu of 2015 Cadillac ATS, Sedan 4 Door, Black Raven in color, VIN 1G6AA5RA8F0108730, AZ vanity license plate and 2014 Ford F150, Pickup, Tuxedo Black in Color, VIN 1FTMF1CM8EKD45647, AZ license plate 128 TCE

which will be applied towards the criminal forfeiture money judgment of $318,632 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 19 day of February, 2016.

_____
SR. UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE